Marjorie A. WUTHRICK, Appellant

v.

ASSOCIATION OF PENNSYLVANIA STATE COLLEGES & UNIVERSITY FACULTIES, a.k.a. APSCUF, an Unincorporated or Professional Association, the Pennsylvania State System of Higher Education, a Public Corporation and Agency of the Commonwealth of Pennsylvania, Jace Condravy, individually, and as President of Slippery Rock University APSCUF, Appellees.

Supreme Court of Pennsylvania.

March 24, 2010.

*ORDER*

PER CURIAM.

**AND NOW,** this 24th day of March, 2010, the order of the Commonwealth Court is AFFIRMED.